## The Attorney General on the relation of Andrew W. Comstock v. James J. Potter and others.

GRAVES, J.

This case stands upon the same ground and was heard with *The Attorney General ex rel. Lockwood v. Albert Moliter and others, supra, p. 444*, and must be disposed of in the same way.

The other Justices concurred.